UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALAN W. PEASE,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. SACV 07-00425 AGR<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and the matter is remanded for further proceedings consistent with the record.

DATED: April 17, 2008

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE